NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ENTROPIC COMMUNICATIONS, LLC,**
*Appellant*

v.

**DISH NETWORK L.L.C., DIRECTV, LLC**
*Appellees*

2025-2145, 2025-2147

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2024-00393, IPR2024-01059.

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for both appeals. The revised official caption is reflected in this Order. The Certified Lists are due

2 ENTROPIC COMMUNICATIONS, LLC v. DISH NETWORK L.L.C.

no later than November 4, 2025.

 FOR THE COURT

October 9, 2025
Date

Jarrett B. Perlow
Clerk of Court